# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–11227–lbr</u>
Chapter 7

In re: (Name of Debtor)
    JUDITH IRENE COON
    11409 ORAZIO DRIVE
    LAS VEGAS, NV 89138

Social Security No.:
    xxx–xx–0427

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    JUDITH IRENE COON

IT IS ORDERED THAT JOSEPH B. ATKINS is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 5/6/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court